IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 1:22-cr-178 |
| ELMER DE JESUS ALAS CANDRAY, ET AL., | |
| *Defendants.* | |

**JOINT SCHEDULING STATUS REPORT**

On October 26, 2023, the Court directed government counsel and counsel for the defendants to meet and confer regarding a revised motions schedule and oral argument hearing dates in the above-captioned case. *See* ECF 139. The parties have agreed on the following briefing and hearing schedule[1]:

| Each Party's Pretrial Motions Due | Each Party's Responses Due: | Each Party's Replies Due: | Motions Hearing Dates |
|---|---|---|---|
| Friday 05/10/2024 | Friday 05/31/2024 | Friday 06/07/2024 | Thursday 06/13/2024 at 10:00 AM <br> ~~Friday 06/14/2024 at 10:00 AM~~ |

Respectfully submitted,

SO ORDERED.
November 13, 2023

Jessica D. Aber
United States Attorney

/s/
Michael S. Nachmanoff
United States District Judge

By:     /s/
John C. Blanchard
Natasha Smalky
Megan C. Braun
Assistant United States Attorneys

---

1 The parties recognize that a secondary motions schedule may be appropriate and that a hearing date will likely need to be set to resolve matters that will inevitably arise closer to trial. Thes parties will coordinate with one another and the Court in the future to effectuate any additional pretrial litigation.